REDACTED

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-954 ADM/AJB

RECEIVED
OCT 31 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRENDA L. KOCH,

Defendant,

and

CENTER NATIONAL BANK,

Garnishee.

APPLICATION FOR WRIT OF GARNISHMENT

SCANNED
OCT 31 2006
U.S. DISTRICT COURT MPLS

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Brenda L. Koch, Social Security Number, XXX-XX-7509, with the last known address of XXXX, Litchfield, MN 55355.

The judgment was entered on October 6, 2000, for Student Loan defaults. The judgment was entered in the amount of $7,542.86, plus interest and costs.

As of October 10, 2006, after applying payments, if any, the balance on this judgment debt was $2,664.11 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from October 10, 2006, at a rate of 6.241% per annum.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Center National Bank, 301 North Ramsey Avenue, Litchfield, MN 55355

Dated: October 23, 2006

RACHEL K. PAULOSE
United States Attorney

M. Tripp

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600