UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-954 ADM/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA L. KOCH,<br><br>Defendant,<br><br>CENTER NATIONAL BANK,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in her bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on the garnishee and on the defendant, is hereby released.

Dated: November 16, 2006

s/ Arthur J. Boylan
Magistrate Judge
United States District Court